No. 347. THE TEXAS & PACIFIC RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* W. H. TUCKER, GUARDIAN, ETC. In error to the Court of Civil Appeals for the Second Supreme Judicial District of the State of Texas.  May 3, 1909.  Judgment reversed with costs upon confession of error and request of defendant in error, and cause remanded to be proceeded in according to law and justice.  *Mr. John F. Dillon* and *Mr. W. L. Hall* for plaintiffs in error.  *Mr. Theodore Mack* for defendant in error.

---

No. 433. THE TOWN OF STEAMBOAT SPRINGS ET AL., APPELLANTS, *v.* THE STEAMBOAT SPRINGS ELECTRIC COMPANY. Appeal from the Circuit Court of the United States for the District of Colorado.  May 17, 1909.  Dismissed with costs on motion of counsel for appellants.  *Mr. Edward P. Costigan* for appellants.  *Mr. Tyson S. Dines, Mr. Elmer E. Whitted* and *Mr. Peter J. Holme* for appellee.